DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EMPIRE IMAGING, INC.,**
Appellant,

v.

**INFINITY INDEMNITY INSURANCE COMPANY,**
Appellee.

No. 4D2023-0593

[March 14, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Hon. Kal Evans, Judge; L.T. Case No. COINX2226290.

Chad A. Barr of Chad Barr Law, Altamonte Springs, for appellant.

Gladys Perez Villanueva, Miami Springs, and Leslie M. Goodman of Law Offices of Leslie M. Goodman & Associates, Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***